IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PETER CHARLES,<br>    Plaintiff,<br><br>v.<br><br>HOPE CAFFAE/COFFEE SHOP, et al.,<br>    Defendants. | :<br>:<br>:<br>:    CIVIL ACTION NO. 19-CV-4238<br>:<br>:<br>: |
| PETER CHARLES,<br>    Plaintiff,<br><br>v.<br><br>GREEN STREET COFFEE CO., *et al.*,<br>    Defendants. | :<br>:<br>:<br>:    CIVIL ACTION NO. 19-CV-4469<br>:<br>:<br>: |

## ORDER

AND NOW, this ⧸⧹day of November, 2019, upon consideration of Plaintiff Peter Charles's Motion to Amend (Civ. A. No. 19-4238, ECF No. 7), *pro se* Amended Complaint (Civ. A. No. 19-4238, ECF No. 8), and Motion to Amend (Civ. A. No. 19-4469, ECF No. 7), which the Court construes as an Amended Complaint, it is **ORDERED** that:

1. The Motion to Amend in Civ. A. No. 19-4238 is **DENIED AS MOOT**.

2. The Amended Complaint in Civ. A. No. 19-4238 is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

3. The Motion to Amend in Civ. A. No. 19-4469, construed as an Amended Complaint, is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) as to all Defendants except Defendant "Social Security." The claim against Defendant "Social Security" is **DISMISSED WITHOUT**

**PREJUDICE** to Charles renewing the claim in a new civil action pursuant to 42 U.S.C. § 405(g), in the event he applies for benefits and exhausts the administrative process before the Social Security Administration.

4. The Clerk of Court is **DIRECTED** to mark these cases **CLOSED**.

**BY THE COURT:**

_____
JUAN R. SANCHEZ, C.J.